UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON HULLINGER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KUNAL ANAND, et al.,<br><br>　　　　Defendants. | Case No.  16-mc-80100-SK<br><br>**ORDER SETTING HEARING RE MOTION TO QUASH FOR MAY 18, 2016**<br><br>Regarding Docket No. 1 |

Before this Court is a motion to quash a subpoena related to a matter currently pending in the United States District Court for the Central District of California, specifically Case No. 2:15-cv-07185 SJO-FFM.  A hearing in this matter is set for **Wednesday, May 18, 2016 at 1:30 p.m.** in Courtroom A of this Court located at 450 Golden Gate Avenue, San Francisco, California.  Parties who would like to appear by telephone shall notify the Court by Monday, May 16, 2016.

The briefing schedule previously set by the Court is vacated.  However, the parties should be prepared to discuss the jurisdictional issues raised by this motion, in addition to the propriety of the underlying subpoena.

**IT IS SO ORDERED**.

Dated: May 11, 2016

_____
SALLIE KIM
United States Magistrate Judge